# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON DIAZ GARCIA,<br><br>            Petitioner,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>            Respondents. | Case No. 5:26-cv-03408-CV-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered granting the Petition; (2) a writ of habeas corpus be issued requiring Petitioner Anderson Diaz Garcia's (A# 245-780-315) immediate release and prohibiting his re-detention absent a hearing at which the Government shows material changed circumstances justifying his detention; and (3) that Respondents file a status

report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: _____6/30/26_____    *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE